**SEALED**



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case № 1:23-mj-00063-SAB |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **APPOINTING CJA LEARNED COUNSEL** |
| | ) | **-** |
| ANGEL ANTONIO DIAZ-MORALES (3), | ) | **POTENTIAL DEATH PENALTY PROSECUTION** |
| Defendant. | ) | |

Upon Defendant ANGEL ANTONIO DIAZ-MORALES Initial Appearance June 9, 2023 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 663 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1. Appointing Teri L. Thompson, 2330 Scenic Highway, Snellville, GA 30078, 404.395.8169, info@terithompsonllc.com as CJA Learned Counsel to represent Defendant ANGEL ANTONIO DIAZ-MORALES, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, as of when National Capital Resource Counsel contacted her in this case, June 12, 2023:

2. Waiving this District's $225 *pro hac vice* admission fee for their CJA appointment in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's *CJA Plan*, General Order 663.

Dated: 6/22/23 , 2023

HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge